NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NANCY E. WHITAKER,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2015-3085

---

Petition for review of the Merit Systems Protection Board in No. CH-3330-14-0634-I-1.

---

**JUDGMENT**

---

AMOS JONES, Amos Jones Law Firm, Washington, DC, argued for petitioner.

SARA B. REARDEN, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by BRYAN G. POLISUK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 18, 2016          /s/ Daniel E. O'Toole
Date                Daniel E. O'Toole
Clerk of Court